

# Fourth Court of Appeals
## San Antonio, Texas

January 4, 2017

No. 04-16-00723-CV

**FE EXPRESS, LLC** and Francisco Javier Bernal,
Appellants

v.

Maria Isabel Serna **CONTRERAS**, as next friend and guardian of Samara Isabella Morales Serna and Samantha Isabel Morales Serna, minor children, and as Administrator of the Estate of Samuel Morales Castillo, Deceased,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2014CVT001295 D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

## O R D E R

The clerk's record is due, but has not been filed. The trial court clerk has filed a notice stating appellant has not paid or made arrangements to pay for the clerk's fee to prepare the record and that appellant is not entitled to the record without paying the fee. We order appellants to provide written proof to this court by January 16, 2017 that either (1) the clerk's fee has been paid or arrangements satisfactory to the clerk have been made to pay the clerk's fee; or (2) appellant is entitled to the clerk's record without prepayment of the clerk's fee. See Tex. R. App. P. 20.1, 35.3(a). If appellant fails to file such proof within the time provided, this appeal will be dismissed for want of prosecution. See Tex. R. App. P. 37.3(b).

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of January, 2017.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court